COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| TURBO RESTAURANTS, LLC, | § | No. 08-21-00071-CV |
| Appellant, | § | Appeal from the |
| v. | § | 281st District Court |
| REID'S REFRIGERATION INC. D/B/A REID'S A/C & HEAT, | § | of Harris County, Texas |
|  | § | (TC # 2020-55564) |
| Appellee. | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until September 24, 2021.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Byron K. Henry, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before September 24, 2021.

IT IS SO ORDERED this 26th day of August, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.